IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE DELAWARE RIVERKEEPER, : | |
| THE DELAWARE RIVERKEEPER : | |
| NETWORK and AMERICAN LITTORAL : | |
| SOCIETY : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION NO. 07-2489 |
| v. : | |
| : | |
| JAMES S. SIMPSON, ET AL., : | |
| : | |
|     Defendants. : | |

## ORDER

AND NOW, this _____ day of March, 2008, upon consideration of the Plaintiffs' Complaint and Request for a Preliminary Injunction (Docs. 1, 10 & 11), Defendants' Responses in Opposition and Motions to Dismiss (Docs. 7, 9, 12, 14-19, 22, 27 & 28) and Plaintiffs' Responses (Docs. 13, 20, 24 & 32), it is **HEREBY ORDERED AND DECREED** that Plaintiff's Request for a Preliminary Injunction is **DENIED**. **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                                     **BY THE COURT:**

                                                                     /S/ Petrese B. Tucker

                                                                     _____

                                                                 **Hon. Petrese B. Tucker, U.S.D.J.**